**JONES v. WELCH.**

No. 8933.

United States Court of Appeals
District of Columbia.

Argued Oct. 17, 1945.

Decided Nov. 19, 1945.

Mr. John Dillon Fitzgerald, of Washington, D. C. (appointed by this court) for appellant.

Mr. Charles B. Murray, Assistant United States Attorney, of Washington, D. C., with whom Mr. Edward M. Curran, United States Attorney, of Washington, D. C., was on the brief, for appellee.

Before EDGERTON, WILBUR K. MILLER, and PRETTYMAN, Associate Justices.

PER CURIAM.

The District Court denied appellant's petition for habeas corpus. The allegations of the petition related to the manner in which the Parole Board arrived at its decision not to admit appellant to parole. "Eligibility to parole * * * cannot be tried in habeas corpus." Pope v. Huff, 79 U.S.App.D.C. 18, 19, 141 F.2d 727, 728. McNally v. Hill, 293 U.S. 131, 55 S.Ct. 24, 79 L.Ed. 238; Goldsmith v. Aderholt, 5 Cir., 44 F.2d 166. The judgment of the District Court was therefore right and is affirmed. We do not suggest that the Board's alleged procedure was in any way defective.